Order entered October  9  , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00171-CV

## DUNAGAN, ORVILLE PAUL, Appellant

### V.

## COLEMAN, BRYAN, Appellee

**On Appeal from the 134th District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-05904-E/G**

## ORDER

The Court has before it appellee's September 26, 2012 motion to compel the production of the reporter's record. The reporter's record is currently due on November 2, 2012. Therefore, the motion is **DENIED**.

MOLLY FRANCIS
JUSTICE